UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

ROBERT L   TUCKER

                                                     : Bankruptcy No. 18-10277JKF
Debtor(s)                   : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: May 22, 2019**

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

ROBERT L   TUCKER
2015 WEST 68TH AVENUE
PHILADELPHIA, PA 19138