United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10277-jkf
Robert L. Tucker                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: May 22, 2019
                              Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db          +Robert L. Tucker,    2015 West 68th Avenue,    Philadelphia, PA 19138-3123
14040417    +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14040419    +Cbe Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
14040420    +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
14040421    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14040423    +Montgomery County Courthouse,    The Clerk of Courts,    PO Box 311,    Norristown, PA 19404-0311
14049512    +Philadelphia Municipal Court, Traffic Division,    800 Spring Garden Street,
              Philadelphia PA 19123-2616
14040774    +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia, PA 19123-2690
14040427    +Sears Outlet,    1357 Franklin Mills Center,    Philadelphia, PA 19154-3130
14131428    +U.S. BANK NATIONAL ASSOCIATION,    FOR THE PA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14079044    +Why Not Lease It,    1750 Elm Street, Suite 1200,    Manchester NH 03104-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:34     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 02:20:15
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2019 02:20:31     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14040416    +E-mail/Text: broman@amhfcu.org May 23 2019 02:20:27     American Heritage Fcu,
              2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14040418    +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 23 2019 02:20:45
              Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
14162083     E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:34     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14044897    +E-mail/Text: cio.bncmail@irs.gov May 23 2019 02:20:10     Internal Revenue Service,
              P O BOX 7346,    Philadelphia PA 19101-7346
14040422    +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2019 02:20:24     Midland Funding,
              Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14061115    +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2019 02:20:24     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14040425     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 02:25:07
              Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14079411     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 02:24:40
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14040424    +E-mail/Text: blegal@phfa.org May 23 2019 02:20:26     Pa Housing Finance Age,    Po Box 8029,
              Harrisburg, PA 17105-8029
14160493    +E-mail/Text: blegal@phfa.org May 23 2019 02:20:26     U.S. Bank National Association,
              c/o PHFA,    211 North Front Street,    Harrisburg, Pa 17101-1406
14040428     E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:34     Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14046230*     +Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
14040426*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Po Box 41067,    Norfolk, VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: John                    Page 2 of 2                    Date Rcvd: May 22, 2019
                                      Form ID: pdf900               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Robert L. Tucker dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (AS TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

ROBERT L   TUCKER

                                                   : Bankruptcy No. 18-10277JKF
        Debtor(s)                                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

Date: May 22, 2019

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

ROBERT L   TUCKER
2015 WEST 68TH AVENUE
PHILADELPHIA, PA 19138